# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



February 17, 2012

Construction & General Laborers'
District Council of Chicago & Vicinity

    RE: NBR Group LLC (35160)
        a/k/a National Building Resource

We have performed a wage compliance audit of NBR Group LLC a/k/a National Building Resource, for the period from August 19, 2010 through September 30, 2011.

We have determined that the contractor in some instances was not paying the proper wage scale which resulted in the underpayment of wages in the amount of $46,956.24.

RICHARD J. WOLF AND COMPANY, INC.

**Exhibit 3**

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



February 17, 2012

Construction & General Laborers'
District Council & Chicago & Vicinity

RE: NBR Group, LLC (35160)
a/k/a National Building Resource

Amount due for services rendered and expenses incurred in connection with the wage audit of NBR Group LLC a/k/a National Building Resource, for the period from August 19, 2010 through September 30, 2011.

       Audit Cost       $270.00

*[signature]*
RICHARD J. WOLF AND COMPANY, INC.

**LABORERS DISTRICT COUNCIL OF CHICAGO -- WAGE AUDIT**
**NBR Group, LLC (aka, National Building Resource) # 35160**

**UNREPORTED WAGE AUDIT EARNINGS  6/10 to 5/11**

YEAR: 6/10 to 5/11

| Name | S.S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIDAS, BOGUSLAWA | XXXXXXXXX | 15.05 | Gross $ / Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BIELSKI, ANIELA | XXXXXXXXX | 15.05 | Gross $ / Hours | - | - | 806.00 | 806.00 | - | - | - | - | - | - | - | - | 1,612.00 |
| CHMIELEWSKA, OLA | XXXXXXXXX | CH10 | Gross $ / Hours | - | - | 1,292.01 | 1,289.80 | - | - | - | - | - | - | - | - | 2,581.81 |
| FERNANDEZ, MERCEDES | XXXXXXXXX | 11.65 | Gross $ / Hours | - | - | 3,307.08 | 3,307.08 | - | - | - | - | - | - | - | - | 6,614.16 |
| GADZIAK, HELENA | XXXXXXXXX | 15.05 | Gross $ / Hours | - | - | 1,884.00 | 2,166.80 | - | - | - | - | - | - | - | - | 4,050.80 |
| HARRISON, DWIGHT | XXXXXXXXX | 15.25 | Gross $ / Hours | - | - | 1,672.45 | 1,812.00 | - | - | - | - | - | - | - | - | 3,284.45 |
| LACY, ANNIE | XXXXXXXXX | 15.05 | Gross $ / Hours | - | - | 1,596.00 | 1,596.00 | - | - | - | - | - | - | - | - | 3,192.00 |
| LAZARO, OSCAR | XXXXXXXXX | 12.15 | Gross $ / Hours | - | - | 1,812.00 | 1,812.00 | - | - | - | - | - | - | - | - | 3,224.00 |
| | | | Gross $ | - | - | 2,840.79 | 1,844.00 | - | - | - | - | - | - | - | - | 4,684.79 |

# LABORERS DISTRICT COUNCIL OF CHICAGO – WAGE AUDIT
## NBR Group, LLC (aka, National Building Resource) # 35160

**YEAR: 6/10 to 5/11**

### UNREPORTED WAGE AUDIT EARNINGS 6/10 to 5/11

| S.S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARCZUK, HALINA XXXXXXXXX | 13.15 | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MASINOVIC, AMIRA XXXXXXXXX | 15.05 | Hours | - | - | 1,857.71 | 1,784.00 | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | - | - | - | - | - | $ 3,621.71 |
| POPOVIC, PETAR XXXXXXXXX | 13.65 | Hours | - | - | 846.30 | 1,812.00 | - | - | - | - | - | - | - | - | - |
| | 15.05 | Gross $ | - | - | - | - | - | - | - | - | - | - | - | - | $ 2,458.30 |
| RODRIGUEZ, BRENDA XXXXXXXXX | 15.05 | Hours | - | - | 2,617.23 | 1,812.00 | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | - | - | - | - | - | $ 4,229.23 |
| ZYNDA, STANISLAWA XXXXXXXXX | 13.15 | Hours | - | - | 1,935.15 | 844.80 | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | - | - | - | - | - | $ 2,679.95 |
| | | Gross $ | - | - | 2,794.84 | 2,028.60 | - | - | - | - | - | - | - | - | $ 4,823.44 |

| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL GROSS $ | | | $ - | $ - | $ 25,061.56 | $ 21,894.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46,956.24 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount Due To Funds: | | | | | | | | | | | | | |
| WAGES | $ - | $ - | $ 25,061.56 | $ 21,894.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46,956.24 |
| TOTAL | $ - | $ - | $ 25,061.56 | $ 21,894.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46,956.24 |

| Rates: | 8/1/10 | to | 5/31/11 |
|---|---|---|---|
| | WAGES | 1.00 | |

# LABORERS DISTRICT COUNCIL OF CHICAGO -- WAGE AUDIT

NBR Group, LLC (aka, National Building Resource) # 35160

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL -- WAGE AUDIT

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WAGES | $ - | $ 46,956.24 | $ 46,956.24 |
| TOTAL | $ - | $ 46,956.24 | $ 46,956.24 |

# LABORERS DISTRICT COUNCIL OF CHICAGO – WAGE AUDIT

NBR Group, LLC (aka, National Building Resource) # 35160

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WAGES | $ | 46,956.24 |
| TOTAL | $ | 46,956.24 |