IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND and )
LABORERS' WELFARE FUND OF THE )
HEALTH AND WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, and JAMES S. )
JORGENSEN, Administrator of the Funds, )
and CONSTRUCTION & GENERAL )
LABORERS DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, and MIKE )
SHALES, JOHN BRYAN SR., AL OROSZ, )
DAN BREJC, TOBY KOTH, and VERN )
BAUMAN, Trustees on behalf of the FOX )
VALLEY LABORERS' HEALTH AND )
WELFARE FUND AND THE FOX VALLEY )
LABORERS' PENSION FUND, )
 )
    Plaintiffs, )
 )  Case No. 12 C 9103
  v. )
 )  Judge James B. Zagel
SUN BUILDING MAINTENANCE, LLC, )
 )
    Defendant. )

## JUDGMENT ORDER

This cause coming before the Court on the plaintiffs' Motion for Damages, with due notice having been given to the defendant, and the Court having found that the defendant was properly served with summons and complaint, and entering a default against defendant on October 3, 2013.

**IT IS HEREBY ORDERED:**

Judgment is entered on behalf of the Plaintiffs' and against Defendant, Sun Building Maintenance, LLC, covering the audited period of September 1, 2010 through April 2011 in the total award amount of $164,065.31, consisting of the following:

1

**To The Plaintiffs The Laborers' Funds**
    Prior Judgment Amount .................................................. $79,905.74
    Attorneys' fees ............................................................ $16,957.50
    Costs ........................................................................... $630.00
    Total To The Funds ..................................................... **$97,493.24**

**To The Plaintiffs The Laborers' District Council**
    Joint Grievance Award for
    Unpaid Wages Less 2.75% Working Dues ............................ $46,827.11
    Liquidated damages ...................................................... $4,682.71
    Attorneys' fees ............................................................ $14,792.25
    Audit Costs ................................................................. $270.00
    Total To The Union ..................................................... **$66,572.07**

**TOTAL AWARD TO PLAINTIFFS** ................................................. **$164,065.31**

In the event that this Company continues to operate, contributions together with remittance reporting information must be paid to the Funds the month after the work has been performed, and this Company must show proof that it has obtained a surety bond in the amount of $5,000.

ENTERED

_/s/_
U.S. DISTRICT COURT

DATE: 3/20/14